**MICHAEL J. MACKO, ESQ., SBN 124621**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Defendants
RICHARD GILPIN, an Individual and
SIRI GILPIN, an Individual

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RUSSELL J. CARYNSKI, an Individual; and, MONICA CARYNSKI, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAVENDER RIDGE VINEYARD, INC., A California Corporation; et al.<br><br>Defendants. | Case No.  1:13-CV-01798-AWI-GSA<br><br>**ORDER GRANTING DEFENDANTS' RICHARD GILPIN AND SIRI GILPIN EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 11) |

The Court has reviewed the Ex Parte Application of Defendants RICHARD GILPIN and SIRI GILPIN, and counsel's declaration in support thereof.  (Docs. 11 and 12).  In light of the good cause established by counsel's declaration, Defendants' application for an extension of time to respond to the complaint in this matter is GRANTED.  Accordingly, Defendants shall file their response to the complaint on or before January 8, 2014.

IT IS SO ORDERED.

Dated:   **December 10, 2013**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME; 1:13-CV-01798