# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. CARYNSKI, an Individual; and MONICA CARYNSKI, an Individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAVENDER RIDGE VINEYARD, INC., a California corporation; RICHARD GILPIN, an Individual; and SIRI GILPIN, an Individual,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01798-GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>(ECF No. 41) |

　　　　On May 8, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. (ECF No. 41.) Accordingly, the instant matter is dismissed without prejudice, with each party to bear its own costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**May 11, 2015**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1